AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Michael Joseph Vitoff | ) | 5:26-mj-1149-PRL |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 2-5, 2026 _____ in the county of _____ Marion _____ in the _____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted enticement of a minor to engage in sexual activity |

This criminal complaint is based on these facts:

See attached affidaivt.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jon Bergevin, HSI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  June 6, 2026

_____
*Judge's signature*

City and state:  Ocala, Florida

United States Magistrate Judge Philip R. Lammens
*Printed name and title*

STATE OF FLORIDA                          Case No. 5:26-mj-1149-PRL

COUNTY OF MARION

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jon Bergevin, after being duly sworn, depose and state:

1.      I am a Special Agent (SA) with the United States Department of Homeland Security (hereinafter DHS), Homeland Security Investigations (hereinafter HSI).  I am currently assigned to the HSI office in Gainesville, FL, working in Marion County, in the Middle District of Florida.  I have been assigned as a Special Agent since December 2017.  Prior to HSI, I was employed as a Special Agent with the New Mexico Attorney General's Office.  During this time, I have conducted and assisted with multiple investigations related to the possession, receipt and distribution of child pornography and other offenses involving the exploitation of children.  I have attended training at the Federal Law Enforcement Training Center (FLETC).  I have also received specific training in the investigation of internet crimes against children.  As a special agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.      This affidavit is submitted in support of a criminal complaint affidavit charging MICHAEL JOSEPH VITOFF (VITOFF) with a violation of 18 U.S.C. § 2422(b) (attempted enticement of a minor to engage in sexual

activity). As set forth in more detail below, there is probable cause that from on or about June 2, 2026 to June 5, 2026, in Marion County, Florida, VITOFF attempted to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity by using a means and facility of interstate commerce (electronic mobile communication device/cellular telephone), in violation of 18 U.S.C.§ 2422(b).

3.      I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers.  Because this affidavit is being submitted for the limited purpose of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

### RELEVANT STATUTE

4.      Title 18, United States Code, Section 2422(b) prohibits a person from using a means and facility of interstate or foreign commerce to knowingly attempt to persuade, induce, or entice an individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person could be charged with a criminal offense.  It is a crime under Florida Law to commit Lewd or Lascivious Battery, Fla. Sta. §

2

800.04(4).

## DETAILS OF THE INVESTIGATION

6.      HSI SA Jon Bergevin (hereinafter, UC), operated a UC account on a social media application that operated via the internet and utilized a UC telephone number. The UC posed as a 13-year-old female named. The UC maintained publicly visible posts on the social media website.

7.      On June 2, 2026, a user, later identified as VITOFF, messaged the UC account. In his first message, VITOFF stated that he was 50 years old and looking for fun. During the initial exchange of messages VITOFF stated that he was from Zephyrhills, asked the UC her age and sent a selfie photograph of himself. The UC provided VITOFF with a UC telephone number. VITOFF asked if the UC wanted him to text her, which the UC confirmed. The UC received a text message from a phone number ending in 0593 and asked VITOFF if that was him. VITOFF confirmed it was. The conversation then transitioned to text message.

8.      The first text message from VITOFF stated, "Hey there from Zephyrhills." VITOFF asked what the UC was looking for. The UC replied, "chat and vibe..u kno!" VITOFF asked the UC's age. VITOFF reiterated that he was 50 years old. The UC replied that VITOFF was older than her mom. The UC also told VITOFF, "i turn 14 in July!!!" VITOFF replied, "Ok." He

3

then stated, "Very young" followed by "I'm way too old for you." The UC stated she usually got along better with older people. VITOFF stated "14/15 is pretty young," and asked if the UC had any pictures. The UC sent four pictures of a female Marion County Sheriff's Office (MCSO) Law enforcement Officer (LEO) posing as the minor. VITOFF told the UC, "Ill chat with you."

9.     VITOFF and the UC engaged in general communication about the Ocala area. During the conversation, VITOFF asked the UC how old her mother was. The UC stated her mother was 37. VITOFF asked what grade the UC was going into. The UC stated she was going into eighth grade. VITOFF told the UC  he thought she would be in ninth grade. He also stated, "I was 14 in 9th."

10.    As the conversation continued, VITOFF asked if the UC had more pictures to share. The UC told VITOFF, "u gotta make it even 1st." VITOFF asked the UC what she wanted to see. The UC said she didn't care and told VITOFF to choose. VITOFF then sent the UC multiple photographs where his face was clearly visible, including a picture of him shirtless. VITOFF asked what other pictures the UC had. The UC sent a picture of the MCSO LEO posing in a mirror holding two fingers in front of her face. VITOFF replied, "You can do better than that." The UC asked what he

meant. VITOFF replied, "You know what I mean." The UC said she did not. He told the UC, "Ok well then just a very cute pic." The UC sent a selfie style picture of the MCSO LEO posing as the minor. VITOFF replied, "Wow!!! Very pretty."

11.    The UC told VITOFF, "ur so nice!!! most guys i meet on reddit suck!!!" He asked what they did that sucked. The UC stated, "idk they just like super weird and like mean and idk… u can prolly guess… im a girl on reddit.. ugh…" VITOFF responded, "Oh like sexual stuff." The UC replied, "among other stuff."

12.    During the conversation, VITOFF told the UC, "Too bad I'm too old to hang out w you." The UC replied, "i dnt think so… as long as the vibe is good idc bout age." VITOFF stated, "Yeah but it looks very bad." The UC said that she wouldn't tell anyone and told VITOFF he also could not tell anyone because her mom would kill her. VITOFF asked, "Yeah but where could we go? And what would you want to do with me." The UC replied, "idk … ur the man u have to plan lol plus ud have to piuck me up so thas kinda up 2 u." VITOFF asked how he would pick up the UC without her mom knowing. VITOFF also mentioned going to a park or getting lunch. The UC replied, "that we could do." VITOFF the asked "Saturday?" VITOFF and the UC continued to discuss the logistics of a potential meeting. At

approximately 10:18 p.m., VITOFF messaged the UC goodnight. The UC said "night!!!" and asked "ttyl?"[1] VITOFF replied, "Sure."

13.   On June 3, 2026, VITOFF re-initiated contact with the UC via text message. VITOFF asked the UC about getting together on Saturday. The UC replied maybe and that it "depends on what u wanna do." VITOFF replied "I'm up for anything. What would you like to do." The UC said she liked when the guy took the lead. VITOFF stated he didn't know the area well. VITOFF told the UC, "We can start at lunch then I'll figure it out from there."

14.   VITOFF asked if the UC had the ability to video chat. The UC replied, "on telegram i can but not on this phone." The UC also told VITOFF, "honestly that sounds kinda boring… u gotta come up with somethin more exciting." VITOFF told the UC he had Telegram.[2] He also told the UC, "I've got to be careful since I can get into lots of trouble talking to you." VITOFF provided Telegram username @bugbully69.

15.   The UC asked at what age VITOFF started working and said she thought you had to be 15 to get a job in Florida. VITOFF said he started working as a busboy at 14. The UC replied, "oh i mean ill be 14 soon so

---

[1] "ttyl" is shorthand for "talk to you later."
[2] Telegram is a social media messaging application that operates over the internet.

6

maybe i can be a bus girl lol." VITOFF stated, "Yes maybe." VITOFF told the UC about his travels to New York City. VITOFF asked the UC if there was a shopping mall close to her and said, "I was thinking I could take you there but I would want you to get in trouble if I bought you stuff."

16.     VITOFF then asked the UC, "Have you had any boyfriends?" The UC replied, "um yeah." VITOFF told the UC "That's good" and asked if they were her age or older. The UC stated she had had one her age and one older. VITOFF asked how much older. The UC stated he was 28. VITOFF then asked if the UC was 13 years old when she was with him followed by the question, "did you have sex w him or the other one?" and "Or not yet at all." The UC replied that she was 13 and stated, "um ... kinda personal tbh… but i did wit both." VITOFF told the UC he knew it was a personal question and apologized. The UC stated she was curious why he wanted to know. VITOFF replied, "Just wondering ... If we were to meet if you would want to with me." The UC asked, "if we met if i would wanan do…. ???" VITOFF replied, "You know what I'm asking." The UC asked if VITOFF wanted her to be his girlfriend. VITOFF replied, "No not exactly." The UC stated she was confused. VITOFF replied, "Really?!?" followed by "Fwb."[3] He then asked the UC when she would be able to video chat. The UC replied, "feends wit

---

[3] "Fwb" is shorthand for: Friends with Benefits.

benefits???" VITOFF replied, "Yes lol."

17.     VITOFF and the UC continued to discuss various topics. He told the UC to listen to Pink Floyd's "Dark Side of the Moon." He stated to the UC, "I just gave you homework." VITOFF again told the UC, "Let me know when you're able to chat on telegram." The UC's last message to VITOFF was at approximately 7 p.m. VITOFF sent the UC two unanswered messages.

18.     On June 4, 2026, the UC initiated contact with VITOFF via text message. The UC messaged "hey sry…" VITOFF and the UC discussed the UC's "homework" assignment to listen to Pink Floyd. VITOFF and the UC also discussed possible activities for when they met. VITOFF again asked when the UC would be able to video chat. At approximately 4:45 p.m., the UC messaged VITOFF on Telegram. At approximately 5:13 p.m., via text, she told VITOFF "i hit u up on tele." At approximately 5:14 p.m., VITOFF replied to the UC on Telegram.

19.     On Telegram, VITOFF told the UC he just took a shower, and they engaged in general discussion about dinner and food. At approximately 7 p.m., the MCSO LEO placed a video call to VITOFF via Telegram. The video call was recorded. During the phone call VITOFF's face was visible. The conversation was general in nature and lasted approximately 7 minutes. The UC ended the call by stating she was going to use the bathroom.

21.    A short time later the UC messaged VITOFF that she was back. VITOFF told the UC, "ok." The UC told VITOFF, "sry… im rly shy and video calls r just awk 4 me…. sry if i was weird." VITOFF told the UC it was ok. The UC stated, "if u dnt wanna talk 2 me ne more i get it." VITOFF then asked the UC, "Would you be into some naughty fun in video[?]" The UC replied that she was shy just talking on video and asked what kind of "naughty" fun VITOFF meant. He replied, "Like taking your clothes off and start touching yourself so I can see." The UC asked if he wanted her to do that on video. He replied, "If you want to." The UC asked if that meant while they were both on video. VITOFF stated it could be fun and "yes." The UC again stated she was shy and asked what VITOFF would be doing on video. He replied, "I'll do the same." The UC replied to VITOFF's message about taking her clothes off and touching herself by asking, "like see my touching my [cat emoji]??" VITOFF replied, "Yes." During the conversation VITOFF told the UC, "I have a [eggplant emoji]. He also asked the UC if she had any "toys." The UC again stated she was shy. VITOFF told the UC "What if you just start with your top off[?]" He asked if the UC was excited and told the UC it felt like his heart was racing. Specifically, he noted, "My watch says it's 120."

22.    VITOFF asked the UC what she was doing. The UC stated she was laying down in bed. VITOFF stated he was on his couch with no clothes

9

on. The UC asked what he was doing. He replied, "What do you think[?]" The UC stated her mind was racing "imagining." The UC again asked what he was doing. VITOFF told the UC, "Stroking it." He asked the UC, "Are you touching yourself[?]" The UC said she was thinking about it. VITOFF asked what was stopping her. The UC said, "nothing lol… didn't think bout ti until u asked hehe." He told the UC, "Well if you're not into it then don't worry about it." The UC asked, "do u want me 2???" followed by "r u still??" He replied, "Yeah." The UC said that if he really wanted her to, she would. VITOFF told the UC, "I do if you want you" and "Just slowly." VITOFF asked what the UC was wearing, asked her to take her shirt off, and asked if she had a bra on. He then asked what the UC was doing. The UC replied, "what u told me 2." VITOFF responded, "Good girl." He then told the UC, "Call me now on video." The UC declined and reiterated that she was shy. VITOFF told the UC, "Is ok" and "Don't be shy." He also told the UC, "At first just your top half" and "No kitty." The UC again declined. The UC stated, "i cant im 2 shy… seeing u looking at me would be way 2 much." VITOFF stated the UC wouldn't see him looking at her. The UC asked what it would be. VITOFF replied with an eggplant emoji. VITOFF also told the UC, "I'm not that big so be nice." VITOFF and the UC discussed the size of his penis, and he asked the UC "Take a pic for me." The UC asked of what

10

and he replied, "Top half."

23.     The UC replied "i dnt wanna go 1st." VITOFF told the UC, "You have to." The UC asked why. VITOFF stated, "Because I can get in big trouble for this." The UC said she would as well. VITOFF told the UC, "No you can't" and "Not the same kind of trouble." The UC replied, "yeh i can… we had a presentation at skool and the school cop said its makin child porn or whatever and its illegal and we could get in big trouble… i dnt wanna get in troube." The UC also noted that her friends had been sextorted[4] before. VITOFF replied, "Yes so have I" "Not fun" "I would never."

24.     The UC told VITOFF, "yeh see" and "but like its hard 2 trust u like that when i only saw like hald ur face on the call…" The UC stated, "here" and sent a disappearing picture of a pair of underwear on a blanket. VITOFF replied, "Nice." He then asked, "Do do another one like that of you though." The UC stated, "no i already went." VITOFF asked "How do I do disappearing photo." The UC explained how. VITOFF sent a disappearing picture of a pair of men's underwear. He told the UC it was her turn. The UC declined. As the conversation continued, VITOFF sent the UC a disappearing picture of himself with no shirt on. The UC send a fully clothed photograph of

---

[4] Sextortion refers to children and teens being threatened and coerced into sending explicit images online.

11

the MCSO LEO posing in a mirror. VITOFF replied, "That's not what I want." He again told the UC he wanted a "topless" picture. The UC declined. She told VITOFF, "im shy and like I woudl rly have 2 trust u 2 do that." He asked what would make the UC trust him. The UC replied, "idk…" She stated she needed to know VITOFF was not going to get her in trouble. VITOFF replied, "well the same goes for you." The UC stated, "k but ur askin 4 pics… so like I gotta trust u" "im not askin u 4 nething that could like get u messed up u kno???" VITOFF replied, "That's tru.." and "I just thought we could have some fun but if you're more into it then that's ok." The UC asked what he meant. VITOFF replied, "That's why I asked to video chat since you cant really save anything." The UC replied, "i mean u cant save disappearing either…" The UC asked, "like if we hung out woudl we just have a picnic??" VITOFF then sent the UC an explicit disappearing video of a male masturbating followed by a text message that stated, "Enjoy." The UC stated it disappeared before she could open it and asked what he sent. He told the UC "Me stroking it." The UC asked, "rly???" VITOFF stated, "Yes." The UC responded, "hmmmm." VITOFF told the UC, "I'll send a pic." The UC replied, "k." VITOFF then sent a disappearing explicit picture of an erect penis. The UC asked, "was that rly ur dick??" VITOFF replied, "Yes."

25. The UC asked VITOFF if he really had sent a video before or if

he was messing with her. He replied, "I did." The UC replied, "rly??" "omg." VITOFF then asked, "Should I try again[?]" The UC replied, "i mean…." and "if u want i wont say no lol." VITOFF stated, "That's not a good answer." The UC asked, "why" and "is yes better?? lol." VITOFF stated, "Yes." The UC replied, "hehehe ok well then yes." VITOFF then sent a disappearing explicit video of a male masturbating his exposed penis. VITOFF asked, "Do you like." He then told the UC, "Your turn." The UC asked what he wanted. VITOFF replied, "You playing w kitty." The UC asked if there was a pose he wanted. VITOFF told the UC, "I guess using your front camera put in front of your kitty while legs are spread." The UC asked how. VITOFF replied, "Or hold camera above you while rubbing it or fingering it." The UC asked, "like zoomed in on my pussy??" VITOFF replied, "If you want." He told the UC he would rather see all of her. He noted, "It's sexier that way." The UC stated that her grandmother had just come home. The UC told VITOFF, "omg i barely got my clothes on before she walked into my room." He told the UC "So I guess no video for me." He asked the UC what he was supposed to do and told her, "I'm hard and horny rn."

26.     The UC asked, "if my mom ends up actually going to work on Saturday would we do??" VITOFF replied to the UC's message and asked, "What would you want 2 do." The UC stated she would want to do what he

13

wanted to do. VITOFF replied, "Ok then." The UC asked, "like… stuff like this?? or just a picnic???" VITOFF replied, "Both." The UC replied, "yeh???" VITOFF asked, "Is that ok." The UC replied, "yeh" and noted "like… we couldnt do the other stuff where we had a picnic tho rite?" VITOFF replied, "Maybe" and "All depends on if people are around." The UC noted, "if we did like… i just cant get like preggo…." VITOFF replied, "Omg no crap." VITOFF mentioned a condom. The UC said she didn't think she could buy them. He stated, "You don't have to" and told the UC "I'd bring more than 1." He further told the UC, "2 or three is better just in case you wanted more."

27.     VITOFF asked the UC, "You promise you're not gonna get me in serious troubel." The UC replied, "omg never… but u gotta promise ur not gonna get me in trouble or like kidnap me or somethin." He replied, "Of course not." VITOFF asked the UC if she wanted another picture. The UC replied, "i cant take one my gramma is right here." VITOFF told the UC, "No of me." The UC replied, "oh lol… yeh :)" VITOFF then sent the UC an explicit picture of an erect penis. He told the UC, "Ooops delete that." The UC stated she deleted Telegram before her mom gets home. VITOFF deleted the picture. The UC said, "awe u deleted it lol." VITOFF replied, "Yeah." The UC stated she had to go. He messaged the UC with "I'll send it again" and sent the UC the same explicit picture of an erect penis. The UC replied,

14

"hehehehe :)" No further communication occurred on June 4, 2026.

28.     On June 5, 2026, SA Bergevin noted that VITOFF had deleted all the Telegram messages.[5] On June 5, 2026, the UC messaged VITOFF via text message and asked, "whyd u delete me on tele???" VITOFF stated, "I didn't mean to. You said you were going to delete before you mom came home and saw that you didn't do so I was looking out for you." The UC noted that she had deleted the app off her phone. VITOFF told the UC, "You can hmu there again if you like." After some general conversation, VITOFF told the UC, "I wish I could have seen more of you." The UC replied, "i kno im sorry but my gramma came home…" and "tbh i was like so nervous bout sending pics." VITOFF told the UC, "Yes I know … I'd you're not comfortable you don't have to." He then told the UC, "And I should not have sent what I did."

30.     The UC asked when VITOFF got off work and asked if he was doing anything fun. He replied, "Soon, probably not." The UC said that was "lame" and noted that he could do anything he wanted since he had money and a car. He told the UC he had two cars, a Corolla and a 2022 Ford Maverick Truck that was "area 51" blue. The two then generally discussed

---

[5] SA Bergevin documented the conversation with screen captures as it was taking place so the messages are preserved despite VITOFF deleting the conversation.

15

aliens. The UC asked, "omg can wa talk bout something else… thas so scary." VITOFF replied, "Sure" followed by, "So is your mom pretty[?]" The UC told him to stop and asked why everyone asked about her mom. VITOFF told the UC, "Well she is closer to my age." The UC replied, "yeah??? So….???" He asked, "You just want me all to yourself[?]" The UC stated, "i just hate when ppl ask about her… its so… icky." He told the UC he was getting beer. The two then discussed beer and beer being bottled in cans or bottles. The UC asked why people bought cans. VITOFF stated that you couldn't bring glass bottles around pools and noted they were easier to carry without breaking. The UC asked, "so ur gonna hang out at a pool??? im so jelly." VITOFF replied, "My pool" and asked, "Wanna come over." The UC said she was not old enough to drive. VITOFF said "I can send you an uber." The UC asked, "i mean dnt u think theyd be sketch picking up a kid and driving me that far??? lol." He replied, "I don't know." The UC said she would have to Uber before her mom came home at approximately 12:30 a.m. He told the UC "I can't get you and uber… says they require teen accounts." He told the UC to get a teen account then said she probably couldn't. He told the UC, "Unless I just go there tonight." The UC asked, "ud come here??" VITOFF replied, "I don't know maybe." The UC said, "awe u dnt sound like u want 2…" VITOFF stated, "I do." The UC asked if he was for real. He asked where they would

16

go. The UC said they could not go to her house but was up for whatever. He told the UC, "Send an address close by you again." The UC sent a link to a specific location in Marion County. He told the UC it was about a one-and-a-half-hour drive. He asked, "Tomorrow is most likely out right?" The UC confirmed that her mom wasn't working on Saturday.

31. The UC asked how old she needed to be to get a teen Uber account. VITOFF stated "Under 18." The UC asked, "but can i get 1 being 13???" He stated, "Probably." He told the UC a parent or guardian has to set it up. The UC stated, "oh haha… yeh thas not gonna happen lol." The UC then stated, "idk if it make any difference but i cant wait 2 turn 14!!!" VITOFF replied, "Nope it makes no difference."

32. At approximately 4:59 p.m., VITOFF told the UC "I'm gonna take a shower and come up." The UC asked if he was being for real and asked where they were going to go. VITOFF stated, "Y yes" and "No clue." The UC said VITOFF needed to figure that out before he came. He told the UC it could only be for a little while and stated, "We can figure it out when I get there." The UC said they could not hang out at her house and asked what they were going to do. VITOFF replied, "Get some food and go to the park." The UC stated, "oh." VITOFF asked "Are you sure you be able to leave?" The UC stated she would figure it out. He told the UC, "Yes but if you don't want let

17

me know" "I don't want to go all the way there for nothing." The UC said "i jsut wanna kno what we gonna do so im like less anxious thas all :)" VITOFF asked, "What do you mean gonna do?" "I told you." The UC replied, "u did?" He told the UC "Food park" and "Walk around." The UC said "oh… ok if thas what we gonna do i dnt have 2 be nervous at all hehe :)" VITOFF replied, "That's it" "What would you be nervous about[?]" The UC said "ok well as long as its just that fr im not nervous…" VITOFF stated, "Ok good." The UC replied, "yeh… like if it was gonna be like nething like what u talked about yesterday id have butterflies…" VITOFF then asked, "Do you have clothes to wear." The UC replied that she had clothes. VITOFF replied, "I'm certainly not going to say that here." The UC asked what he meant and said, "u can text me on telegram if u dnt wanna text on here??" He asked, "what's the difference[?]" The UC said, "idk lol" and "im just a lil confused." VITOFF replied, "Ok hmu on telegram."

33.     Communication between the UC and VITOFF then transitioned back to Telegram. On Telegram, VITOFF told the UC, "All I'm gonna say is we may have a little fun. But only if you want to." The UC asked, "like how much fun tho???" He said, "What ever you want." The UC asked, "but what would u want 2 do…? im jsut tryin to like kno what we gonna do if you come hang out u kno??" and "like ppl say something but mean something else u

18

kno[?]" VITOFF told the UC, "I don't trust this at all so never mind." The UC replied "ok… ???" VITOFF told the UC "Yeah" "This is probably a sting operation." The UC said, "ok well that's prolly not good.. cause that makes me nervous and sus that u wanna do something else." VITOFF told the UC, "I guess you don't want to anyway." The UC replied, "i mean… I had ppl tell me stuff then like it changes and thas not cool…." and "idk u prolly dnt get that since ur not a girl." VITOFF asked what the UC meant and said, "Tell you what." The UC replied, "whatev… ur makin me nervous n uncomfortable so." VITOFF stated that he told the UC everything they were going to do. He then asked, "What are your limits then[?]" The UC said, "yeh food and picnic… but then u like i dnt wanna say… thats so sus… like now u got me worried." The UC replied to VITOFF's message asking about limits with "???" He told the UC, "It's sus because I'm sus . . . of you." The UC said, "no its sus because I dnt wanna get likc kidnapped or something…,." VITOFF replied, "Omg" and "not kidnapping you." The UC asked "k… but idk why ur like i told u but i dnt wanna say???" VITOFF replied "Fun means sex." The UC asked why he was being so weird and didn't just say that. VITOFF responded, "Because I'm suspicious of you!!!?" The UC replied, "omg!! if ur sus then stop talkin 2 me lol… we video chatted like 4 like 10 minutes… whcih is crazy 4 me cause i hate video calls lol." VITOFF asked, "Well are

19

you cool with that[?]" The UC stated, "i mean if u actually come hang out and ur chill as irl as u r on here im cool wit it" and "lie the biggest thing is i just cant get preggo." VITOFF replied, "Yes definitely not." VITOFF asked if the UC had a skirt to wear.

34.     At approximately 5:53 p.m., VITOFF told the UC he was "Heading there now." The UC asked, "how long until u get there???" VITOFF replied, "See it's questions like this that make me suspicious." The UC asked "why??? i gotta get ready…" and "ur legit kinda scaring me now…" VITOFF told the UC 7:30 p.m., then clarified, "GPS says 710." The UC said that was enough time to get ready. At approximately 7:12 p.m., VITOFF told the UC "Ok here." The UC told him told him to hold on and that she was finishing getting ready. The UC asked if he would get her a coffee at Dunkin. He said "yeah" and asked, "But do you want me to pick you up some where else" followed by, "So you're not walking far[?]" The UC stated she was really close and had a scooter. VITOFF told the UC "Hurry" and "I don't have much time." The UC asked where he was parked. He stated, "Close by."

35.     Law enforcement observed VITOFF's vehicle in the area of the meet location and he was subsequently taken into custody. A phone was recovered at the time of his arrest.

36.     VITOFF was then transported to the Ocala Police Department

20

for an interview. VITOFF was advised of his constitutional rights, which he freely and voluntarily waived. During the interview, VITOFF stated he was on Reddit and encountered the UC profile. He stated he reached out to the UC. VITOFF admitted that she told him she was 13 years old. He also admitted that he had requested inappropriate "naked" pictures of the minor. He admitted to sending the minor pictures of his penis and a video of him masturbating. He stated that they had arranged to meet at a location in Marion County and he was arrested close by. VITOFF confirmed his Reddit profile and the UC Reddit profile. VITOFF was provided with a screenshot of text messages between himself and the UC in which he sent multiple pictures of himself to the UC. He confirmed the screenshot contained what he had texted the UC. VITOFF confirmed his Telegram account was Bugbully69. He was provided with a screenshot showing the portion of the Telegram conversation where VITOFF asked for "naughty fun." SA Bergevin asked if that was an accurate representation of the conversation. VITOFF replied, "Yeah." SA Bergevin provided VITOFF a screenshot of the Telegram conversation in which VITOFF sent a picture of his penis. SA Bergevin asked if he could tell him what the picture was. VITOFF replied, "Yeah. Me." SA Bergevin asked, "Your penis?" VITOFF replied, "Yeah." VITOFF also initialed printouts to acknowledge they were his accounts and conversation.

21

37. During the interview, VITOFF confirmed there was a discussion about condoms at some point. He noted the UC did not want to get pregnant and he said he had condoms. He stated he had two condoms in his vehicle anyway. VITOFF acknowledged that if the UC had taken the pictures that he had been requesting that material would have constituted child pornography. VITOFF acknowledged that some of his messages discussed him meeting the UC for sex. VITOFF stated his intention may have been to have sex with her but stated he didn't think he would go through with it. SA Bergevin asked VITOFF, "But when you left your house your intent was to travel up her to have sex with a 13-year-old correct?" VITOFF replied, "Yeah." VITOFF confirmed that he did not leave the meeting location and was waiting for the minor to come so he could engage in sex with them. VITOFF stated, "Maybe I don't know. I don't know what I was actually going to do so." VITOFF stated, "The intention was there but it, I don't know if it was going to happen or not basically." VITOFF stated he knew it was wrong.

40. VITOFF also wrote a letter apologizing for his conduct.

41. VITOFF consented to a search of his cellular telephone. A search of the phone located messages exchanged between VITOFF and the UC via text message and on Telegram.

22

## CONCLUSION

42.     Based on the evidence described above, there is probable cause that VITOFF, using a facility and means of interstate commerce, that is the internet and cell phone, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under Florida law, namely, Lewd or Lascivious Battery, a violation of Florida Statute Section 800.04, all in violation of 18 U.S.C. § 2422(b).

This concludes my affidavit.

_____
Jon Bergevin
Special Agent
Homeland Security Investigations

*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this* __6th__ *day of June, 2026.*

_____
The Honorable Philip R. Lammens
United States Magistrate Judge

23